UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   ANTOINETTE M. MARTIN                                     CASE NO. 16-12270
                                                                  SECTION B
           DEBTOR                                                 CHAPTER 13

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT ORDER**

Considering the Motion for Relief from Stay (the "Motion") **(P-32)** filed by Ditech Financial LLC, proper notice having been given, a hearing have been scheduled for May 3, 2017 and by consent of the parties, the stay is modified by the terms of this Order. As of the hearing date, the post-petition delinquency is itemized as follows:

1. 4 Post-Petition Installments of $931.20 each due for
   January 1, 2017 to April 1, 2017 ………………………………………    $3,724.80

2. Attorney Fee …………………………………………………………..       500.00

3. Court Cost ……………………………………………………………….     181.00

4. Suspense Balance …………………………………………………..       (252.46)

                                                          TOTAL    **$4,153.34**

IT IS ORDERED that the Debtor shall cure the post-petition delinquency of $4,153.34 by paying eight (8) equal monthly installments of $461.48 and a ninth (9th) and last monthly installment of $461.50 directly to Ditech Financial LLC beginning May 1, 2017 and ending January 1, 2018. This amount is in addition to the regular monthly payment. If Ditech Financial LLC does not receive the additional payment or any part thereof within thirty (30) days of its due date, which is the first (1st) of the month, then said event will constitute a default of this Order, and Ditech Financial LLC shall provide Debtor and Debtor's counsel with notice of default and fourteen (14) days right to cure. Should the default not be cured within the fourteen (14) days, the Court shall lift the stay upon the presentation of an Affidavit of Default executed by a representative of Ditech Financial LLC.

IT IS FURTHER ORDERED that Debtor shall pay the ongoing post-petition payments timely as they come due directly to Ditech Financial LLC commencing with the May 1, 2017 payment. Should Ditech Financial LLC not receive a regular post-petition payment on its due date, which is the first (1st) of the month, and thirty (30) days lapse without receipt of the payment, then said event will constitute a default of this Order, and Ditech Financial LLC shall provide Debtor and Debtor's counsel with notice of default and fourteen (14) days right to cure. Should the default not be cured within the fourteen (14) days, the Court shall lift the stay upon the presentation of an Affidavit of Default executed by a representative of Ditech Financial LLC.

IT IS FURTHER ORDERED that should this case be converted to any other Chapter of the Bankruptcy Code, this Order shall survive conversion. This order shall survive one (1) year after entry of this order, or until this case is dismissed, if the dismissal occurs prior to the passage of the one (1) year period referenced herein.

IT FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 2, 2017.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge

| Submitted by: | READ and AGREED: |
|---|---|
| /s/ Tabitha Mangano | /s/ Phillip D. Rubins |
| Tabitha Mangano (No. 32569) | Phillip D. Rubins (No. 17779) |
| JACKSON & McPHERSON, L.L.C. | Attorney for Debtors |
| 1010 Common Street, Suite 1800 | 4051 Veterans Memorial Blvd., Suite 305 |
| New Orleans, Louisiana 70112 | Metairie, LA 70002 |
| 504-581-9444 | 504-454-7763 |