B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Eastern District of Louisiana

In re  Antoinette M. Martin  ,  Case No.  16-12270

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BSI Financial Services, as servicer for US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST | US Bank Trust National Association of Chalet Series III Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
BSI Financial Services
1425 Greenway Drive, Suite 400
Irving, TX 75038

Court Claim # (if known):  8
Amount of Claim:  $117,547.13
Date Claim Filed:  April 26, 2021

Phone:  (814) 827-4661
Last Four Digits of Acct. #:  6155

Phone:  (814) 827-4661
Last Four Digits of Acct. #:  6155

Name and Address where transferee payments should be sent (if different from above):
BSI Financial Services
314 S Franklin Street, PO Box 517
Titusville, PA 16354

Phone:
Last Four Digits of Acct. #:  6155

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Matthew Resor (Bar No. 36929)  Date:  04/26/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.